No. 12–0272/AF.  U.S. v. Timur Timerhanov.  CCA 37685.  Review granted on the following issue:

> WHETHER SPECIFICATION 1 OF CHARGE II, A CONTESTED AS-SAULT WITH INTENT TO COMMIT ROBBERY SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL, STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–6002/AF.  U.S. v. Darren N. Hathorne.  CCA 2011–02.  On further consideration of the record in the above-captioned case, the Court has concluded that the

that the convening authority's action purported to execute the bad-conduct discharge, it was a nullity. *See* United States v. Bailey, 68 M.J. 409 (C.A.A.F. 2009).